Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 15−22553−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Derek Norman DeGutis | Casandra Maria DeGutis |
| 408 Elizabeth Court | 408 Elizabeth Court |
| Lanoka Harbor, NJ 08734 | Lanoka Harbor, NJ 08734 |

Social Security No.:
  xxx−xx−6363                           xxx−xx−4743

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 11, 2016</u>           <u>Kathryn C. Ferguson</u>
                                        Judge, United States Bankruptcy Court